trict of Columbia Circuit. Certiorari denied. *Francis C. Browne, William E. Schuyler, Jr.* and *Andrew B. Beveridge* for petitioner. *Floyd E. Thompson, Edward B. Beale* and *Maurice M. Moore* for the Gold Seal Co., respondent.

No. 148. ELLITHORPE *v.* BRADLEY ET AL. Supreme Court of Illinois and the Appellate Court of Illinois, First District. Certiorari denied. *Weightstill Woods* for petitioner. *J. F. Dammann* for respondents. *Sarsfield Collins,* Guardian Ad Litem, respondent *pro se.*

No. 151. BRAVERMAN *v.* BAR ASSOCIATION OF BALTIMORE CITY. Court of Appeals of Maryland. Certiorari denied. *Harold Buchman* and *Joseph Forer* for petitioner. *G. C. A. Anderson* for respondent.

No. 154. KEATING ET AL. *v.* BUCKEYE PIPE LINE Co. ET AL. C. A. 7th Cir. Certiorari denied. *Owen W. Crumpacker* for petitioners. *Charles M. Wells* for the Buckeye Pipe Line Co., respondent.

No. 155. KLEINMAN *v.* KOBLER, DOING BUSINESS AS KOBLER SHAVING Co. C. A. 2d Cir. Certiorari denied.

No. 156. FAROLL, EXECUTRIX, *v.* JARECKI, COLLECTOR OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Claude A. Roth* for petitioner. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Rice* and *Hilbert P. Zarky* for respondent.